[No. 15291-6-II.   Division Two.   August 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
NICKLAS GRAVINA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00362-9, Thomas L. Lodge, J., entered August 30, 1991. *Affirmed* by unpublished opinion per Mor-

gan, J., concurred in by Alexander, C.J., and Green, J. Pro Tem.